✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
10:24 am, Aug 10 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No. 1:22-MJ-02268-1-ADC |
| **SHAMEL CAMPBELL** | * | |

******

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 9th day of August, 2022, that Tyler Mann is hereby appointed to represent the individual.

/s/
_____

A. David Copperthite
UNITED STATES MAGISTRATE JUDGE